# U.S. District Court
## District of North Dakota (Western)
### CRIMINAL DOCKET FOR CASE #: 1:19–cr–00124–DMT–1
*Internal Use Only*

| | |
|---|---|
| Case title: USA v. Schneider | Date Filed: 08/08/2019 |
| | Date Terminated: 01/10/2022 |

Assigned to: Judge Daniel M. Traynor

**Defendant (1)**

**Douglas James Schneider**　　represented by　　**Luke Thomas Heck**
*TERMINATED: 01/10/2022*　　　　　　　　　　Vogel Law Firm (Fargo)
　　　　　　　　　　　　　　　　　　　　　　218 NP Avenue
　　　　　　　　　　　　　　　　　　　　　　PO Box 1389
　　　　　　　　　　　　　　　　　　　　　　Fargo, ND 58107–1389
　　　　　　　　　　　　　　　　　　　　　　701–237–6983
　　　　　　　　　　　　　　　　　　　　　　Email: lheck@vogellaw.com
　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　*Designation: CJA Appointment*

　　　　　　　　　　　　　　　　　　　　　　**Edward Werner**
　　　　　　　　　　　　　　　　　　　　　　Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　　100 West Broadway Avenue
　　　　　　　　　　　　　　　　　　　　　　Suite 230
　　　　　　　　　　　　　　　　　　　　　　Bismarck, ND 58501
　　　　　　　　　　　　　　　　　　　　　　701–250–4500
　　　　　　　　　　　　　　　　　　　　　　Email: edward_werner@fd.org
　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 02/05/2020*
　　　　　　　　　　　　　　　　　　　　　　*Designation: Public Defender*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2423(a) – TRANSPORTATION OF A MINOR<br>(1) | Life imprisonment, no contact order; 10 years supervised release; $100 special assessment; $19,615.01 restitution. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Gary L. Delorme**<br>U.S. Attorney's Office<br>PO Box 699<br>Bismarck, ND 58502<br>701–530–2420<br>Email: Gary.Delorme@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: USA* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/07/2019 | 1 | | SEALED INDICTMENT as to Douglas James Schneider (1) count(s) 1. (am) (Additional attachment(s) added on 8/8/2019: # 1 Criminal Cover Sheet) (am). NEF regenerated on 8/8/2019 (am). (Entered: 08/08/2019) |
| 08/07/2019 | 2 | | Redacted Indictment as to Douglas James Schneider. (am) (Entered: 08/08/2019) |
| 08/07/2019 | 3 | | REQUEST FOR WARRANT upon filing of indictment as to Douglas James Schneider (am) (Entered: 08/08/2019) |
| 09/23/2019 | 5 | | MOTION to Unseal Document by USA as to Douglas James Schneider. (Delorme, Gary) (Entered: 09/23/2019) |
| 09/25/2019 | 6 | | ORDER by Chief Judge Daniel L. Hovland granting 5 Motion to Unseal Document as to Douglas James Schneider (1). (CM) (Entered: 09/25/2019) |
| 09/25/2019 | | | Case unsealed as to Douglas James Schneider (rh) (Entered: 09/25/2019) |
| 02/03/2020 | 7 | | NOTICE OF HEARING as to Douglas James Schneider: Initial Appearance/Arraignment set for 2/4/2020 at 02:00 PM in Bismarck Courtroom 2 before Magistrate Judge Clare R. Hochhalter. (cjs) (Entered: 02/03/2020) |
| 02/04/2020 | 8 | | Minute Entry for proceedings held before Magistrate Judge Clare R. Hochhalter: Added attorney Edward Werner for Douglas James Schneider. Initial Appearance as to Douglas James Schneider held on 2/4/202. Arraignment as to Douglas James Schneider (1) Count 1 held on 2/4/2020 (DR #200204–000 Schneider) (cs) (Main Document 8 replaced on 3/10/2020 to correct DR#.) (lf) (Entered: 02/04/2020) |
| 02/04/2020 | 9 | | |

| | | | |
|---|---|---|---|
| | | | PRETRIAL ORDER as to Douglas James Schneider by Magistrate Judge Clare R. Hochhalter. All pretrial motions, except motions in limine and motions for continuances, are due 28 days prior to trial. Motions in limine and proposed jury instructions are due 7 days prior trial. Trial is set for 3/31/2020 at 9:00 am. before Judge Hovland (3 days). (BG) (Entered: 02/04/2020) |
| 02/04/2020 | 10 | | NOTICE OF HEARING as to Douglas James Schneider: Jury Trial set for 3/31/2020 at 9:00 AM in Bismarck Eagle Courtroom before Judge Daniel L. Hovland (3 days). (BG) (Entered: 02/04/2020) |
| 02/04/2020 | 11 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Douglas James Schneider by Magistrate Judge Clare R. Hochhalter. (BG) (Entered: 02/04/2020) |
| 02/04/2020 | 12 | | ORDER OF DETENTION Pending Trial as to Douglas James Schneider by Magistrate Judge Clare R. Hochhalter. (BG) (Main Document 12 replaced on 2/4/2020 to typographical error) (am). NEF regenerated on 2/4/2020 (am). (Entered: 02/04/2020) |
| 02/04/2020 | | | Arrest of Douglas James Schneider (am) (Entered: 02/05/2020) |
| 02/05/2020 | 13 | | Arrest Warrant Returned Executed on 02/04/2020 as to Douglas James Schneider. (am) (Entered: 02/05/2020) |
| 02/05/2020 | 14 | | Order appointing CJA counsel as to Douglas James Schneider and authorizing the Federal Public Defender's office to withdraw. Attorney Luke Thomas Heck is appointed in case as to Douglas James Schneider. Assistant Federal Public Defender Edward Werner is authorized to withdraw. By Magistrate Judge Clare R. Hochhalter. (BG) (Entered: 02/05/2020) |
| 02/06/2020 | 15 | | STIPULATED DISCOVERY ORDER AND PROTECTIVE ORDER as to Douglas James Schneider by Magistrate Judge Clare R. Hochhalter. (BG) (Entered: 02/06/2020) |
| 02/12/2020 | 16 | | (Text Only) ORDER REASSIGNING CASE by Chief Judge Peter D. Welte. Case as to Douglas James Schneider reassigned to Judge Daniel M. Traynor. Judge Daniel L. Hovland no longer assigned to the case. (kmk) (Entered: 02/12/2020) |
| 02/12/2020 | | | Reset Hearings as to Douglas James Schneider: Jury Trial set for 3/31/2020 at 09:30 AM in Bismarck Courtroom 1 (3 days) before Judge Daniel M. Traynor. (change as to presiding judge) (kmk) (Entered: 02/12/2020) |
| 02/12/2020 | | | Reset Hearings as to Douglas James Schneider: Jury Trial set for 3/31/2020 at 09:00 AM in Bismarck Courtroom 1 (3 days) before Judge Daniel M. Traynor. (change as to start time. previously set for 9:30) (kmk) (Entered: 02/12/2020) |
| 03/03/2020 | 17 | | MOTION to Continue *Trial* by Douglas James Schneider. (Heck, Luke) (Entered: 03/03/2020) |
| 03/13/2020 | 18 | | WAIVER of Speedy Trial by Douglas James Schneider (Heck, Luke) (Entered: 03/13/2020) |
| 03/16/2020 | 19 | | ORDER by Judge Daniel M. Traynor GRANTING 17 Motion to Continue as to Douglas James Schneider (1) Jury Trial set for 7/14/2020 at 09:00 AM in Bismarck Courtroom 1 before Judge Daniel M. Traynor (3 days) (previously set |

| | | | |
|---|---|---|---|
| | | | for 3/31/2020) (SR) (Entered: 03/16/2020) |
| 06/03/2020 | 20 | | MOTION to Continue *Trial* by Douglas James Schneider. (Heck, Luke) (Entered: 06/03/2020) |
| 06/04/2020 | 21 | | ORDER by Judge Daniel M. Traynor granting 20 Motion to Continue as to Douglas James Schneider (1) Jury Trial RESET for 10/6/2020 at 09:00 AM in Bismarck Courtroom 1 before Judge Daniel M. Traynor (3 days). Previously set for 7/14/2020. (CK) (Entered: 06/04/2020) |
| 09/10/2020 | 22 | | MOTION to Continue *Trial* by Douglas James Schneider. (Heck, Luke) (Entered: 09/10/2020) |
| 09/11/2020 | 23 | | ORDER by Judge Daniel M. Traynor granting 22 Motion to Continue as to Douglas James Schneider. Jury Trial RESET for 2/23/2021 at 09:30 AM in Bismarck Courtroom 1 before Judge Daniel M. Traynor. (3 days) Previously set for 10/6/2020. (KC) (Entered: 09/11/2020) |
| 02/16/2021 | 24 | | PLEA AGREEMENT as to Douglas James Schneider (Delorme, Gary) (Entered: 02/16/2021) |
| 02/16/2021 | 25 | | PLEA AGREEMENT SUPPLEMENT as to Douglas James Schneider re 24 Plea Agreement. (Delorme, Gary) (Entered: 02/16/2021) |
| 02/16/2021 | | | Deadlines and Hearings Terminated as to Douglas James Schneider. Jury Trial set for 2/23/2021 at 09:30 AM in Bismarck Courtroom 1 before Judge Daniel M. Traynor is CANCELLED. (jb) (Entered: 02/16/2021) |
| 02/17/2021 | 26 | | NOTICE OF HEARING as to Douglas James Schneider: Change of Plea Hearing set for 3/2/2021 at 11:00 AM in Bismarck Courtroom 1 before Judge Daniel M. Traynor. Sentencing set for 6/2/2021 at 10:00 AM in Bismarck Courtroom 1 before Judge Daniel M. Traynor. (KC) (Entered: 02/17/2021) |
| 03/02/2021 | 27 | | Minute Entry for proceedings held before Judge Daniel M. Traynor: Change of Plea Hearing not held on 3/2/2021 as to Douglas James Schneider. Case will be set for Jury Trial. (Court Reporter RC) (rm) (Entered: 03/02/2021) |
| 03/03/2021 | 28 | | NOTICE OF HEARING as to Douglas James Schneider: Jury Trial set for 7/27/2021 at 09:30 AM in Bismarck Courtroom 1 before Judge Daniel M. Traynor (3 days). (SR) (Entered: 03/03/2021) |
| 05/18/2021 | | | Deadlines and Hearings Terminated as to Douglas James Schneider. Sentencing set for 6/2/2021 at 10:00 AM in Bismarck Courtroom 1 before Judge Daniel M. Traynor is CANCELLED. (SR) (Entered: 05/18/2021) |
| 07/15/2021 | 29 | | PLEA AGREEMENT as to Douglas James Schneider (Delorme, Gary) (Entered: 07/15/2021) |
| 07/15/2021 | 30 | | PLEA AGREEMENT SUPPLEMENT as to Douglas James Schneider re 29 Plea Agreement. (Delorme, Gary) (Entered: 07/15/2021) |
| 07/15/2021 | | | Deadlines and Hearings Terminated as to Douglas James Schneider. Jury Trial set for 7/27/2021 at 09:30 AM in Bismarck Courtroom 1 before Judge Daniel M. Traynor (3 days) is CANCELLED. (mf) (Entered: 07/15/2021) |
| 07/16/2021 | 31 | | NOTICE OF HEARING as to Douglas James Schneider: Change of Plea Hearing set for 9/8/2021 at 11:00 AM in Bismarck Courtroom 1 before Judge |

| | | | |
|---|---|---|---|
| | | | Daniel M. Traynor. Sentencing set for 1/10/2022 at 11:00 AM in Bismarck Courtroom 1 before Judge Daniel M. Traynor. (KC) (Entered: 07/16/2021) |
| 09/08/2021 | 32 | | Minute Entry for proceedings held before Judge Daniel M. Traynor: Change of Plea Hearing held on 9/8/2021 as to Douglas James Schneider – Guilty Count 1. (Court Reporter RC) (jr) (Entered: 09/08/2021) |
| 10/20/2021 | 33 | | NOTICE OF FILING OF TRANSCRIPT of Change of Plea Hearing as to Douglas James Schneider (rc) (Entered: 10/20/2021) |
| 10/20/2021 | 34 | | TRANSCRIPT of Change of Plea Hearing as to Douglas James Schneider held on March 2, 2021, before Judge Daniel M. Traynor. Court Reporter/Transcriber Ronda Colby, Telephone number 701–530–2309.Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Request Redaction due 10/27/2021. Redaction Request due 11/10/2021. Redacted Transcript Deadline set for 11/22/2021. Release of Transcript Restriction set for 1/18/2022. (rc) (Entered: 10/20/2021) |
| 11/09/2021 | 35 | | MOTION for Furlough by Douglas James Schneider. (Attachments: # 1 Exhibit A – Obituary for Michael Schneider)(Heck, Luke) (Attachment 1 replaced on 11/10/2021 to remove double headers) Regenerated NEF (mf) (Entered: 11/09/2021) |
| 11/09/2021 | 36 | | RESPONSE to Motion by USA as to Douglas James Schneider re 35 MOTION for Furlough (Delorme, Gary) (Entered: 11/09/2021) |
| 11/10/2021 | 37 | | ORDER by Magistrate Judge Clare R. Hochhalter denying 35 Motion for Furlough as to Douglas James Schneider (1) (BG) (Main Document 37 replaced on 11/10/2021 to correct a document number.) Regenerated NEF. (jb) (Entered: 11/10/2021) |
| 01/03/2022 | 38 | | PRESENTENCE INVESTIGATION REPORT as to Douglas James Schneider (Attachments: # 1 Victim Impact Statement)(kc) (Entered: 01/03/2022) |
| 01/03/2022 | 40 | | SENTENCING MEMORANDUM as to Douglas James Schneider. (Heck, Luke) (Entered: 01/03/2022) |
| 01/03/2022 | 41 | | SENTENCING MEMORANDUM SUPPLEMENT (Sealed) as to Douglas James Schneider re 40 Sentencing Memorandum. (Heck, Luke) (Entered: 01/03/2022) |
| 01/03/2022 | 42 | | LETTERS RE: SENTENCING (Support) as to Douglas James Schneider (kc) (Entered: 01/03/2022) |
| 01/05/2022 | 43 | | LETTERS RE: SENTENCING (Victim Impact Statements and Restitution Request) as to Douglas James Schneider (kc) (Entered: 01/05/2022) |
| 01/10/2022 | 44 | | Minute Entry for proceedings held before Judge Daniel M. Traynor: Sentencing as to Douglas James Schneider held on 1/10/2022. (Court Reporter RC) (rm) (Entered: 01/10/2022) |
| 01/10/2022 | 45 | | JUDGMENT by Judge Daniel M. Traynor as to Douglas James Schneider. Count 1: Life imprisonment, no contact order; 10 years supervised release; $100 special assessment; $19,615.01 restitution. (rm) (Entered: 01/10/2022) |

| 01/10/2022 | 46 | | STATEMENT OF REASONS re 45 Judgment as to Douglas James Schneider by Judge Daniel M. Traynor. (rm) (Entered: 01/10/2022) |
| 01/18/2022 | 47 | | NOTICE OF FILING OF TRANSCRIPT of Sentencing Hearing held January 10, 2022, as to Douglas James Schneider (rc) (Entered: 01/18/2022) |
| 01/18/2022 | 48 | | TRANSCRIPT of Sentencing Hearing as to Douglas James Schneider held on January 10, 2022 before Judge Daniel M. Traynor. Court Reporter/Transcriber Ronda Colby, Telephone number 701–530–2309.Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Request Redaction due 1/25/2022. Redaction Request due 2/8/2022. Redacted Transcript Deadline set for 2/18/2022. Release of Transcript Restriction set for 4/18/2022. (rc) (Main Document 48 replaced on 1/18/2022 to correct error in document. Regenerated NEF.) (rh) (Entered: 01/18/2022) |
| 01/18/2022 | 49 | | NOTICE OF APPEAL to US Court of Appeals by Douglas James Schneider re 45 Judgment (Filing fee IFP) (jb) (Entered: 01/18/2022) |
| 01/18/2022 | | | Appeal Remark as to Douglas James Schneider re 49 Notice of Appeal : 3 sealed copies of Presentence Investigation Report and Statement of Reasons mailed to Court of Appeals, St. Louis Office. (jb) (Entered: 01/18/2022) |
| 01/18/2022 | 50 | | Transmittal of Notice of Appeal Supplement to 8th Circuit Court of Appeals as to Douglas James Schneider re 49 Notice of Appeal (jb) (Entered: 01/18/2022) |

# UNITED STATES DISTRICT COURT

### District of North Dakota

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| **Douglas James Schneider** | ) | Case Number: **1:19-cr-124** |
| | ) | USM Number: **17600-059** |
| | ) | **Luke Heck** |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   __1 of the Indictment__

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 2423(a) | Transportation of a Minor | July 2018 | 1 |

The defendant is sentenced as provided in pages 2 through __8__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 10, 2022
Date of Imposition of Judgment

Signature of Judge

Daniel M. Traynor    U.S. District Judge
Name and Title of Judge

10 Jan 2022
Date

Local AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __8__

DEFENDANT:   Douglas James Schneider
CASE NUMBER:   1:19-cr-124

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**LIFE**

☑ The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends the defendant be placed at a correctional facility located as close as possible to Montana.**

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____   ☐ a.m.   ☐ p.m.   on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Local AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 2A — Imprisonment

Judgment—Page __3__ of __8__

DEFENDANT: Douglas James Schneider
CASE NUMBER: 1:19-cr-124

# ADDITIONAL IMPRISONMENT TERMS

The defendant must not communicate, or otherwise interact, with M.J., L.L., Jill Henry, or Jill Henry's family, either directly or through someone else.

The defendant must not have direct contact with any child under the age of 18. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.

Local AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __4__ of __8__

DEFENDANT: **Douglas James Schneider**
CASE NUMBER: **1:19-cr-124**

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

**10 YEARS.**

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☒ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☒ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

Local AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page **5** of **8**

DEFENDANT: Douglas James Schneider
CASE NUMBER: 1:19-cr-124

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

DEFENDANT: Douglas James Schneider
CASE NUMBER: 1:19-cr-124

## SPECIAL CONDITIONS OF SUPERVISION

1. You must not have direct contact with any child you know or reasonably should know to be under the age of 18, including M.J., L.L., or any other child, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.

2. You must not communicate, or otherwise interact, with M.J., L.L., Jill Henry, or Jill Henry's family, either directly or through someone else, without first obtaining the permission of the probation officer.

3. You must participate in a program aimed at addressing specific interpersonal or social areas, for example, domestic violence, anger management, marital counseling, financial counseling, cognitive skills, parenting, at the direction of your supervising probation officer.

4. You must not engage in an occupation, business, profession, or volunteer activity that would require or enable you to have direct or indirect contact with minors without the prior approval of the probation officer.

5. You must participate in mental health treatment/counseling as directed by the supervising probation officer.

6. You must not go to, or remain at, any place you know is primarily frequented by children under the age of 18, including parks, schools, playgrounds, and childcare facilities.

7. You must not go to, or remain at, a place for the primary purpose of observing or contacting children under the age of 18.

8. You must not access the Internet except for reasons approved in advance by the probation officer.

9. You must not possess and/or use computers (as defined in 18 U.S.C. § 1030(e)(1)) or other electronic communications or data storage devices or media.

10. You must submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure that you are in compliance with the requirements of your supervision and/or treatment program.

11. As directed by the Court, if during the period of supervised release the supervising probation officer determines you are in need of placement in a Residential Re-Entry Center (RRC), you must voluntarily report to such a facility as directed by the supervising probation officer, cooperate with all rules and regulations of the facility, participate in all recommended programming, and not withdraw from the facility without prior permission of the supervising probation officer. The Court retains and exercises ultimate responsibility in this delegation of authority to the probation officer.

12. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)) other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

13. You must participate in a sex offense-specific assessment. This participation in a sex offense specific assessment may include visual response testing.

14. You must participate in a sex offense-specific treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Local AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 7 of 8

DEFENDANT: Douglas James Schneider
CASE NUMBER: 1:19-cr-124

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 100.00 | $ 19,615.01 | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Jill Henry |  | $19,615.01 |  |

| TOTALS | $ 0.00 | $ 19,615.01 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: **Douglas James Schneider**
CASE NUMBER: **1:19-cr-124**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ __19,715.01__ due immediately, balance due

    ☐ not later than _____, or
    ☑ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

    **All criminal monetary payments are to be made to the Clerk's Office, U.S. District Court, PO Box 1193, Bismarck, North Dakota, 58502-1193.**

    **While on supervised release, the defendant shall cooperate with the Probation Officer in developing a monthly payment plan consistent with a schedule of allowable expenses provided by the Probation Office.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS JAMES SCHNEIDER,<br><br>Defendant. | Case No. 1:19-cr-00124<br><br>NOTICE OF APPEAL |

Notice is hereby given that Douglas James Schneider appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment in a Criminal Case entered in this action on January 10, 2022.

Dated this 18th day of January, 2022

BY: Douglas James Schneider, Defendant

U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No.  1:19-cr-124             United States of America v. Douglas James Schneider

Length of trial:  None

Financial Status:   Fee Paid?                              ☐ Yes    ☑ No
                    If **NO**, has IFP been granted?       ☑ Yes    ☐ No
                    Is there a pending motion for IFP?     ☐ Yes    ☑ No

Are there any other pending post-judgment motions?        ☐ Yes    ☑ No

Please identify the court reporter:   ☐ No hearings held

   Name:  Ronda Colby

   Address:  PO Box 1193, Bismarck, ND 58502

   Telephone Number:  701-530-2300

Criminal cases only:
   Is the defendant incarcerated?   ☑ Yes (include address below)    ☐ No

   Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**

Douglas James Schneider
Stark County Detention Center
66 Museum Drive
Dickinson, ND 58601